IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| PETER DAVID SCHIFF <br><br> Plaintiff, <br><br> v. <br><br> INTERNAL REVENUE SERVICE (IRS) et al., <br><br> Defendants, | CIVIL NO. 24-01511 <br><br><br> TRIAL BY JURY DEMANDED |

**AMENDED COMPLAINT**

**INTRODUCTION**

This is a civil rights action seeking redress for damages arising from the wrongful and negligent conduct of the defendants, resulting in financial and reputational harm to Plaintiff. The IRS, its named agents, and OCIF deprived Plaintiff of property without due process, violating the Fourth, Fifth, and Fourteenth Amendments. The claims are brought under 42 U.S.C. §§ 1983 and 1985(3), as well as Bivens v. Six Unknown Named Agents for unlawful seizure of property.

This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1332, as federal questions related to IRS actions and also, diversity of citizenship exist, with the amount in controversy exceeding $75,000. The Plaintiff claims violations of 42 U.S.C. §§ 1983 and 1985(3)due to alleged conspiracy between the defendants: a) violation of 42 USC 1983 –violation of Plaintiff's constitutional due process rights under 4th and 5thAmendments and to Equal Protection under 14th Amendment, and b) violation of 42USC 1985(3) – alleged conspiracy to violate Plaintiff's constitutional rights by Defendant Ms. Zequeira and co-conspirator Mr. Lee and unknown others at IRS/J5 and OCIF. The plaintiff is a member of a protected class.

1

The action has an independent claim under Bivens v. Six Unknown Named Agents, 403 U.S. 388 (1971) for violation of his Civil Rights -Due Process and Unlawful Seizure of Property (Fifth Amendment).

Plaintiff incorporates new evidence, including FOIA documents, showing IRS Chief Jim Lee and agents Justin T. Cole, Matt Line, and Mike Batdorf orchestrated the closure of Euro Pacific Bank in coordination with OCIF and J5, using the bank's closure as a publicity tool for J5's agenda. Evidence includes a July 1, 2022, email from ATO Deputy Commissioner Will Day to Jim Lee, congratulating the IRS for "negotiating today's outcome with OCIF," disproving claims of OCIF's independence and demonstrating high-level collusion.

These acts, including the June 30, 2022, press conference in Puerto Rico, led to the bank's closure, the denial of a legitimate sale to Qenta, and widespread publication of unsubstantiated allegations. The plaintiff suffered at least $17.5 million in loss (up to $25 million, inflation-adjusted), severe reputational harm, lost opportunities, and ongoing damage.

**PARTIES**

**Plaintiff:** Peter David Schiff, U.S. citizen and Puerto Rico resident.

**Defendants:**

- **IRS:** Federal tax authority.

- **Jim Lee:** Former IRS Chief, personal/official capacities.

- **Justin T. Cole:** IRS-CI Director of Communication.

- **Matt Line:** Deputy Chief, IRS-CI.

- **Mike Batdorf:** Executive Director, IRS-CI.

- Unnamed IRS employees.

- **OCIF:** Puerto Rico financial regulator.

- **Natalia Zequeira Díaz:** OCIF Commissioner.

- **Wigberto Lugo:** OCIF Trustee.

- Unnamed OCIF employees.

- **J5 members:** Will Day, Eric Ferron, Niels Obbink, Simon York.

- **Media Defendants:** Mathew Goldstein (NYT), The New York Times, Charlotte Grieve & Nick McKenzie (The Age), The Age.

**JURISDICTION AND VENUE**

This Court has jurisdiction under 28 U.S.C. § 1331 (federal question) and § 1332 (diversity). Venue is proper under 28 U.S.C. § 1391 because a substantial part of the events occurred in Puerto Rico and all defendants are subject to personal jurisdiction here.

**FACTUAL ALLEGATIONS**

1. **Background:** Plaintiff owned Euro Pacific International Bank, subject to scrutiny by the IRS and OCIF in "Operation Atlantis," a joint J5 enforcement initiative.

2. **Press Conference:** On June 30, 2022, a press conference in Puerto Rico with IRS, J5, and OCIF representatives announced the investigation and closure of the bank, falsely implying illegal activity. This event was widely reported by the defendant media, damaging Plaintiff's reputation and business.

3. **Blocking of Bank Sale:** Plaintiff arranged a $17.5 million sale of the bank's stock to Qenta, with OCIF's initial support. OCIF blocked this on May 16, 2022, allegedly at IRS/J5's request, approving instead an asset sale for $1.25 million after the bank entered receivership. The Plaintiff offer to inject $7 million in capital was rejected by the OCIF Commissioner, who assured him that the bank's capital level,

though below the statutory required minimum, was sufficient for the bank to operate prior to the completion of the sale to Qenta.

4. **Misrepresentations & Media Collusion:** IRS/J5 agents leaked confidential information to media defendants (specifically to Defendants Mathew Goldstein, Charlotte Grieve, and Nick McKenzie,), who published damaging and unsubstantiated allegations of tax evasion and money laundering, regarding Plaintiff and the bank, despite knowing these claims were unsubstantiated.

5. The plaintiff finally found out about the alleged conspiration between the defendants in April of 2024 after receiving the information from the IRS. The IRS intentionally made the discovery of that information very difficult and time consuming, despite the prompt diligence of the Plaintiff.

6. **Fraudulent Concealment & Tolling:** Defendants withheld and delayed key evidence and documents, preventing Plaintiff from discovering the conspiracy until April 2024, after a contested FOIA process. As such, statutes of limitation should be tolled due to this fraudulent concealment.

7. **Minimum Contacts—International Defendants:** J5 members and Media Defendants intentionally directed their actions at Puerto Rico by participating in planning, execution, and media promotion of the closure, establishing minimum contacts sufficient for jurisdiction.

8. **Continuing Harm:** The liquidation overseen by OCIF's Trustee remains incomplete, continuing to damage Plaintiff's reputation, finances, and business opportunities.

**CLAIMS FOR RELIEF**

**Count I: Violation of Due Process (42 U.S.C. § 1983)**

- Against: IRS, Jim Lee, Justin T. Cole, Matt Line, Mike Batdorf, Natalia Zequeira Díaz, OCIF, and others.

4

- Allegation: Deprivation of property without due process through orchestrated closure and misrepresentation.

**Count II: Conspiracy to Violate Civil Rights (42 U.S.C. § 1985(3))**

- Against: All Defendants.

- Allegation: Coordinated campaign to damage Plaintiff via closure, press, and media dissemination.

**Count III: Unlawful Seizure of Property (Bivens Claim)**

- Against: IRS, Jim Lee, Justin T. Cole, Matt Line, Mike Batdorf, Natalia Zequeira Díaz, OCIF, and others.

- Allegation: Unlawful seizure of property, violating the Fourth and Fifth Amendments.

**Count IV: Tortious Interference with Business Relations**

- Against: All Defendants

- Allegation: The defendants unlawfully interfered with Plaintiff's business, leading to the loss of a $17.5 million sale to Qenta in 2022. Under Puerto Rican law, tortious interference is actionable when defendants act with wrongful intent, which applies here.

**Count V: Defamation (Slander and Libel)**

- Against: All Defendants

- Allegation: Statements made by Mr. Jim Lee as instigated and provided by the IRS and its agents Justin T. Cole: IRS-CI Director of Communication, Matt Line: Deputy Chief, IRS-CI and Mike Batdorf: Executive Director, IRS-CI, among others IRS agents yet to be identified but  all of them, representing the IRS and OCIF (by its omission) in the June 2022 press conference falsely implied criminal wrongdoing by the Plaintiff. These statements, widely published, caused significant reputational harm at that moment and they are still causing damages to Plaintiff because the bank has not been liquidated as of today

and echoes of the conference still haunting Plaintiff's reputation today with bank's customers; blaming Plaintiff under the belief Mr. Lee's conference innuendos were true as the reason the bank has not been able to pay their proceeds

**Count VI (In the alternative, of Claim III):** Violation of Civil Rights -Due Process and Unlawful Seizure of Property (Fifth Amendment)

- Against: All Defendants

- Allegation: The defendants unlawfully deprived the Plaintiff of property without due process, violating the Fifth Amendment. Under Bivens v. Six Unknown Named Agents, 403 U.S. 388 (1971), federal agents can be held accountable for constitutional violations.  Plaintiff's claim of alleged conspiracy involving the Chief of Crime Division of the IRS, several of his agents, the J5 (Joint Chiefs of Global Tax Enforcement), the Puerto Rico Commissioner of Financial Institutions, and its Trustee, have an independent cause of action under Bivens and its progeny (Carlson v. Davis v. Passman), despite the limitations imposed by Ziglar v. Abbasi

**DAMAGES**

Damages Calculation

Compensatory Damages: Loss of the $17.5 million bank sale that when adjusted for inflation amounts to about $18.8 million to $25 million.

Reputational damage and lost opportunities are estimated at $10 million.

Wrongful compliance penalties and fines total $300,000.

Punitive Damages: Due to the malicious nature of the defendants' actions, $20 million in punitive damages is sought.

Total Damages: Between $49.8 million and $56 million, plus reasonable interest, court procedure costs and attorney's fees.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff requests judgment in his favor for all relief above, including damages, interest, costs, and such other relief as the Court deems just.

**JURY DEMAND**

Plaintiff requests a jury trial on all triable issues.

 *RESPECTFULLY SUBMITTED.*

WE CERTIFY that on this date, we electronically file the foregoing with the Clerk of the Court using the CM/ECF system which will send notice to all attorneys of record. Parties  may access this filing through the Court's system.

In San Juan, Puerto Rico, this Monday, June 2, 2025.

Counsel for the Plaintiff:

s/Ismael Torres-Pizarro

Ismael Torres-Pizarro. PhD, PE, Esq. USDC (Bar Number) 231302

Domingo Cruz 642 Villa Prades, San Juan PR 00924 Telephone: (787)315-5636  Email: ismaeltorres2002@yahoo.com