IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PETER DAVID SCHIFF,

Plaintiff,

v.

INTERNAL REVENUE SERVICE, et al.,

Defendants.

CIVIL NO. 25-1511 (CVR)

**JUDGMENT**

Considering the Court's Opinion and Orders issued today (Docket Nos. 242, 271, 272, 273 and 274), the Court hereby DISMISSES WITH PREJUDICE all claims filed by Plaintiff Peter David Schiff against all the following Defendants:

1. The United States of America;

2. Jim Lee, in his personal capacity as IRS employee;

3. Justin T. Cole, in his personal capacity as IRS employee;

4. Matt Line, in his personal capacity as IRS employee;

5. Mike Matdorf, in his personal capacity as IRS employee;

6. Office of the Commissioner of Financial Institutions of Puerto Rico (OCIF);

7. Natalia Zequeira Díaz, in her official and personal capacity as OCIF Commissioner;

8. Wigberto Lugo Mender, in his official capacity as OCIF Trustee;

9. Will Day, in his official and personal capacity as a representative of the Australian Taxation Office;

Peter David Schiff v. Internal Revenue Service, et al.
Judgment
Civil 24-1511 (CVR)
Page 2
_____

10. Eric Ferron, in his official and personal capacity as a representative of the Canada Revenue Agency;

11. Niels Obbink, in his official and personal capacity as a representative of the Fiscale Inlichtingen-en Opsporingsdienst of the Netherlands;

12.  Simon York, in his official and personal capacity as a representative of His Majesty's Revenue and Customs;

13. The New York Times, Inc.;

14. Matthew Goldstein, journalist for the New York Times;

15. The Age, a news publication;

16. Charlotte Grieve, journalist for The Age;

17. Nick McKenzie, journalist for The Age.

This case shall be closed.

IT IS SO ORDERED.

In San Juan, Puerto Rico, on this 12th day of March 2026.

S/CAMILLE L. VELEZ-RIVE
CAMILLE L. VELEZ RIVE
UNITED STATES DISTRICT JUDGE